**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00673-CV
No. 05-15-00674-CV
No. 05-15-00675-CV

**IN RE RAFAEL RAMIREZ, Relator**

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-11132-W, No. F12-60236-W, No. F13-56808-W**

## ORDER
Before Justices Lang, Fillmore and Evans

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID EVANS
JUSTICE